UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER HINDMAN, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NEW HORIZONS COMPUTER LEARNING CENTERS, INC., a for profit corporation,<br><br>　　　　　　　　　Defendant. | Case No. 2:24-cv-00842-JHC<br><br>ORDER GRANTING STIPULATION AND REQUEST FOR ORDER TO STAY PROCEEDINGS FOR REFERRAL TO ARBITRATION |

　　　This matter comes before the Court on the Parties' Stipulation and Request for Order to Stay Proceedings for Referral to Arbitration. Dkt. # 10. Having reviewed the Stipulation and all supporting materials, the Court GRANTS the request, and ORDERS as follows:

1. The Court STAYS this matter pending arbitration of Plaintiff's claims;
2. The Clerk shall stay this matter and vacate all case deadlines;
3. The Parties may seek relief from this Court in aid of arbitration; and
4. The Parties must file a joint status report within 30 days of the completion of arbitration or resolution of the dispute and indicate what action the Court should then take.

/

/

DATED this 22nd day of July, 2024.

                                                            */s/ John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION AND REQUEST FOR ORDER
TO STAY PROCEEDINGS FOR REFERRAL TO ARBITRATION - 2
Case No. 2:24-cv-00842-JHC