# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JENNIFER HINDMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEW HORIZONS COMPUTER LEARNING CENTERS, INC., a for profit corporation,<br><br>Defendant. | No. 2:24-cv-00842-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff Jennifer Hindman and Defendant New Horizons Computer Learning Centers, Inc., hereby stipulate and agree to request that the Court dismiss this action with prejudice and without an award of attorneys' fees or costs to either party.

Respectfully submitted this 28th day of January, 2026.

| | |
|---|---|
| **EMERY \| REDDY, PC** | **BALLARD SPAHR LLP** |
| By: */s/ Patrick B. Reddy*<br>Patrick Reddy, WSBA No. 34092<br>Emery \| Reddy, PC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: (206) 442-9106<br>Fax: (206) 441-9711<br>Email: reddyp@emeryreddy.com<br>*Attorney for Plaintiff* | By: */s/ Priya B. Vivian*<br>Priya B. Vivian, WSBA No. 51802<br>D. Michael Reilly, WSBA No. 14674<br>Ballard Spahr LLP<br>1301 Second Ave., Suite 2800<br>Seattle, WA 98101<br>Phone: (206) 223-7000<br>Email: vivianp@ballardspahr.com<br>Email: reillym@ballardspahr.com<br>*Attorneys for Defendant* |

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 1

No. 2:24-cv-00842-JHC

## ORDER

Based on the stipulation of the parties, the Court hereby ORDERS that this action is dismissed with prejudice and without an award of costs or attorneys' fees to any party.

The Clerk of the Court is directed to dismiss this case in its entirety.

DATED this 28th day of January, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 2

No. 2:24-cv-00842-JHC